# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137378
& (25)
(30)
(31)

DAVID McMILLIAN,
       Plaintiff-Appellant,

v

                             SC: 137378
                             COA: 286371

DTE ENERGY,
       Defendant-Appellee.
                             Wayne CC: 03-325112-CZ

_____/

      On order of the Court, the motions for immediate consideration are GRANTED. The application for leave to appeal the August 15, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008                                  _____
                                               Clerk